UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENNY NINIVAGGI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF DELAWARE,<br><br>Defendant. | 2:20-cv-02762-JMA-AKT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Penny Ninivaggi hereby dismisses her individual claims in this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 6, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joshua D. Arisohn*
         Joshua D. Arisohn

Joshua D. Arisohn
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiff*