**FILED
CLERK**

7/7/2020 8:29 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PENNY NINIVAGGI, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF DELAWARE,<br><br>             Defendant. | 2:20-cv-02762-JMA-AKT<br><br>Case closed.<br>SO ORDERED.<br>/s/ JMA, USDJ<br>7/7/2020 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Penny Ninivaggi hereby dismisses her individual claims in this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 6, 2020                                           Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:      */s/ Joshua D. Arisohn*
              Joshua D. Arisohn

Joshua D. Arisohn
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiff*